```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
```

Case No. 13-21923-CIV-GRAHAM/SIMONTON

JANEL CHILDS,

    Plaintiff

v.

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.

_____/



## ORDER

**THIS CAUSE** came before the Court on the Suggestion of Bankruptcy of Debtor Commercial Recovery Systems, Inc. [D.E. 15].

The corporate defendant informs the Court that it filed a voluntary petition for bankruptcy in the Northern District of Texas on November 19, 2013. By operation of Title 11 United States Code Section 362, the above-styled action is **STAYED.**

Title 11 United States Code Section 362 stipulates that an automatic stay is created upon the filing of any bankruptcy petition. See Ellison v. Northwest Eng'g Co., 707 F.2d 1310, 1311 (11th Cir.1983). The purpose of the stay is "to give the debtor a breathing spell from his creditors." Id.

Accordingly, after careful review of the record, and the Court being otherwise fully advised, it is

**ORDERED AND ADJUDGED**, that this case is **STAYED and CLOSED for administrative purposes**. It is further

O**ORDERED AND ADJUDGED** that the parties shall provide status reports to the Court every ninety (90) days on the progress of the bankruptcy proceedings, or sooner in the event of a significant case event.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of August, 2014.

s/Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Simonton
      Counsel of Record